UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**FRANCIS DEWYER,**

           **Plaintiff,**

   v.

**AUDUBON FINANCIAL BUREAU, LLC.,
and ADAM D. MARCH, individually**

           **Defendants.**

CASE NO. No. 13-cv-00252-WMS-HKS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Francis Dewyer ("Plaintiff"), and Defendants Audubon Financial Bureau, LLC., and Adam D. March ("Defendants"), hereby stipulate and agree that Plaintiff is voluntarily dismissing with prejudice all of his claims against Defendants

| | |
|---|---|
| */s/ Fredrick Schulman* | */s/ David E. Gutowski* |
| Fredrick Schulman | David E. Gutowski |
| Fredrick Schulman & Associates | Zdarsky, Sawicki & Agostinelli, LLP |
| 30 East 29th Street | 404 Cathedral Place |
| New York, New York 10016 | 298 Main Street |
| 212-796-6053 | Buffalo, NY 14202 |
| Info@fschulmanlaw.com | dgutowski@zsa.cc |
| *Attorney for Plaintiff* | *Attorney for Defendant* |